Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bienertkatzman.com
Steven Jay Katzman, State Bar No. 132755
skatzman@bienertkatzman.com
Anne A. Uyeda, State Bar No. 235206
auyeda@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

Attorneys for Movant
Brendan Flaherty

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH WARRANT EXECUTED IN CASE NO. 8:19-MJ-00437 | Case No. 8:19-MJ-00437<br><br>**DECLARATION OF ANNE A. UYEDA IN SUPPORT OF MOTION FOR RETURN OF SEIZED PROPERTY PURSUANT TO FED. R. CRIM. P. 41(g)**<br><br>[Filed concurrently with Notice of Motion and Motion, Declarations of Matthew A. Lesnick and Devin Flaherty]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br>Judge: TBD |
|---|---|

I, Anne A. Uyeda, declare as follows:

1. I am an attorney at Bienert | Katzman PC, counsel for Movant Brendan Flaherty ("Movant"). I am a member in good standing with the State Bar of California and am admitted to practice in the Courts of California.

2. I make this Declaration based on my personal knowledge of the facts stated below. If called as a witness, I could and would testify competently to the facts set forth in this Declaration under oath.

3. I submit this Declaration in support of the Movant's *Motion for Return of Seized Property Pursuant to Fed. R. Crim. P. 41(g)* (the "Motion"). All terms not specifically defined in this Declaration shall have the meaning ascribed to them in the Motion.

4. Attached as Exhibit "A" is a true and correct copy of the Articles of Organization for Warrior Acquisitions, LLC.

5. On or about June 4, 2019, the government executed the Warrant and searched the Movant's home, located in Laguna Hills, California. Attached as Exhibit "B" is a true and correct copy of the Warrant, which is presently under seal.

6. Pursuant to the Warrant, government agents seized various electronic devices and computers (collectively, "Computers"), including without limitation:

(b) two (2) SanDisk USB 32 GB;

(c) a black USB with a label stating "Russell Thiessen";

(e) a "Black Computer Tower" with USB Roboform2Go and USB hard drive WD Elements;

(f) an Acer computer tower;

7. In addition, the government seized [redacted] from the Movant's home pursuant to the Warrant.

8. On October 22, 2019, my colleague Steven J. Katzman and I had a call with AUSA Scott Tenley in which we discussed various issues relating to the ownership of the Seized Items. AUSA Tenley is supervising the government's ongoing investigation and the Warrant. During the call, we requested that the government provide the exact locations in the Movant's home from which the Computers were seized, to assist us in identifying information regarding the ownership of the Computers and other seized items.

9. Following this call, on October 31, 2019, I sent a letter to AUSA Tenley, a true and correct copy of which is attached as Exhibit "C."

10. Attached as Exhibit "D" is a true and correct copy of my emails with AUSA Tenley dated October 21, 2019 through November 1, 2019.

11. As of the filing of this Motion, Mr. Tenley has not responded to the November 1, 2019 email that I sent him, provided any information that allegedly places the Movant's ownership of the Seized Items in dispute, or provided my office with the locations in the Movant's home from which the Computers were seized.

12. Given the ongoing litigation in the Bankruptcy Cases and the Mellinger Action, as well as the government's investigation of the Movant, the Movant needs the [redacted] as he may be required to sell them in order to fund his litigation and defense in these various matters.

13. As of the filing of this Declaration, the government has not instituted any forfeiture proceedings with respect to the Seized Items and has not filed an indictment against the Movant.

14. On November 13, 2019, at approximately 7:30 a.m., [redacted]

[redacted]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2019 at San Clemente, California.

Anne A. Uyeda

# EXHIBIT

# "A"



# State of California
## Secretary of State

LLC-1

## LIMITED LIABILITY COMPANY ARTICLES OF ORGANIZATION

**A $70.00 filing fee must accompany this form.**

**IMPORTANT – Read instructions before completing this form.**

File # 200723510029

**FILED** in the office of the Secretary of State of the State of California

AUG 22 2007

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

WARRIOR ACQUISITIONS, LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

BRENDAN M. FLAHERTY

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15 MASON | IRVINE | CA | 92618 |

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

- [ ] ONE MANAGER
- [ ] MORE THAN ONE MANAGER
- [x] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

AUGUST 22, 2007
DATE

[signature]
SIGNATURE OF ORGANIZER

BRENDAN M. FLAHERTY
TYPE OR PRINT NAME OF ORGANIZER

Entire Document Filed Conditionally
**Under Seal**

# EXHIBIT

# “B”

# EXHIBIT

# “C”




October 31, 2019

***VIA EMAIL ONLY***

Scott D. Tenley
Assistant United States Attorney
411 West Fourth Street
Santa Ana, California, 92701
Scott.Tenley@usdoj.gov

**Re:** ***In the Matter of the Search of Residence located at 25792 Nellie Gail Road, Laguna Hills, California (Case No. 8:19-MJ-00437)***

***In the Matter of the Search of located at 2013 Tesla Sedan, CA License Plate No. 7ATS294 (Case No. 8:19-MJ-00438)***

Dear Scott:

As you know, our firm represents Brendan Flaherty in connection with the above-referenced matters. As we discussed during our call last week, we are attempting to gather information regarding the ownership of the computers and electronic devices that were seized during the execution of the search warrant on Mr. Flaherty's home, specifically Items #1-9 identified in the Receipt of Property attached hereto (collectively, the "Electronic Devices").

To assist our efforts, please provide us with the exact locations in the home where the Electronic Devices were seized. Also, please return the Electronic Devices to our office as soon as possible or, at the very least, provide us with cloned copies of the Electronic Devices in the coming week. To the extent that it is your position that the Electronic Devices cannot be returned, please provide us with further clarifications as to why and we will be happy to further look into the issues.

Separately, among the many items seized during the search of Mr. Flaherty's home,

Based on our understanding of the facts, Warrior Acquisitions began in August 2007. *See* Articles of Organization for Warrior Acquisitions filed with the California Secretary of State on August 22, 2007. Prior to this, some time in 2005,

---

BK





The [redacted] constitute the [redacted] that were seized from Mr. Flaherty's home. Because the [redacted] are Mr. Flaherty's personal property that were purchased from funds unrelated to the golf course business, please provide them to our office, along with the box in which they were contained and the related packing slips, as soon as possible.

Please do not hesitate to contact me or my colleague, Steve Katzman, if you have any questions.

Respectfully Submitted,

**BIENERT | KATZMAN PC**

Anne A. Uyeda

Anne A. Uyeda

cc: Steven J. Katzman, Esq. (*via email*)

Encls.

All Enclosures to Letter

Filed Conditionally

**UNDER SEAL**

# EXHIBIT

# "D"

**Anne Uyeda**

**From:** Anne Uyeda
**Sent:** Friday, November 1, 2019 8:45 AM
**To:** Tenley, Scott (USACAC)
**Cc:** Steven J. Katzman
**Subject:** RE: Availability for call to discuss cases involving Brendan Flaherty

Scott,

Can you please provide further clarification as to why you cannot provide us with access to the computers and electronic devices or, at the very least, why there is a problem with providing us with copies of the same? You reference information that places Mr. Flaherty's ownership and/or possession of the items in dispute, but it's unclear what you're referring to. As noted in our letter, we're happy to look into any issues you contend exist with the return or copying of the items.

Separately, as we explained in our letter and reflected in the documentation we provided, the [redacted] seized from Mr. Flaherty's home are his personal property that were purchased from funds unrelated to his golf course business. Can you please confirm that you will be returning the [redacted]

Thanks very much,
Anne

**Anne Uyeda** | Attorney
Bienert | Katzman PC
Website | vCard | Profile

---

**From:** Tenley, Scott (USACAC) <Scott.Tenley@usdoj.gov>
**Sent:** Thursday, October 31, 2019 10:49 AM
**To:** Anne Uyeda <auyeda@bienertkatzman.com>
**Cc:** Steven J. Katzman <skatzman@bienertkatzman.com>
**Subject:** RE: Availability for call to discuss cases involving Brendan Flaherty

Anne,

Thank you for your letter. I am, however, confused by it. My understanding from our telephone call was we planned to get together again to discuss (a) where the items were found and (b) the documentation or information you compiled establish ownership.

Your letter seems to demand that I return the devices or provide you copies immediately. As I explained on the telephone call, our investigation is ongoing and there is information that places in dispute your client's ownership and/or rightful possession of at least some of the digital devices. For that reason, I cannot provide the devices or forensic copies at this time until those matters are sorted out.

If you would like to schedule a time for a telephone call to discuss the issue identified above, please let me know.

Regards,

Scott

**Scott D. Tenley | Assistant United States Attorney**
8000 United States Courthouse | 411 West Fourth Street | Santa Ana, California 92701
T: 714.338.2829 | F: 714.338.3561 | scott.tenley@usdoj.gov

---

**From:** Anne Uyeda <auyeda@bienertkatzman.com>
**Sent:** Thursday, October 31, 2019 8:19 AM
**To:** Tenley, Scott (USACAC) <stenley@usa.doj.gov>
**Cc:** Steven J. Katzman <skatzman@bienertkatzman.com>
**Subject:** RE: Availability for call to discuss cases involving Brendan Flaherty

Scott,

Please see the attached correspondence.

Thanks,
Anne

**Anne Uyeda** | Attorney
Bienert | Katzman PC
Website | vCard | Profile

---

**From:** Tenley, Scott (USACAC) <Scott.Tenley@usdoj.gov>
**Sent:** Monday, October 28, 2019 11:39 AM
**To:** Anne Uyeda <auyeda@bienertkatzman.com>
**Cc:** Steven J. Katzman <skatzman@bienertkatzman.com>
**Subject:** RE: Availability for call to discuss cases involving Brendan Flaherty

Hi Anne,

We are looking into it. Please forward any information you have to share about ownership of the items.

Regards,

Scott

**Scott D. Tenley | Assistant United States Attorney**
8000 United States Courthouse | 411 West Fourth Street | Santa Ana, California 92701
T: 714.338.2829 | F: 714.338.3561 | scott.tenley@usdoj.gov

---

**From:** Anne Uyeda <auyeda@bienertkatzman.com>
**Sent:** Monday, October 28, 2019 11:30 AM
**To:** Tenley, Scott (USACAC) <stenley@usa.doj.gov>

**Cc:** Steven J. Katzman <skatzman@bienertkatzman.com>
**Subject:** RE: Availability for call to discuss cases involving Brendan Flaherty

Scott,

Thanks for taking the time to speak with us last week. Per our discussion, could you please let us know the locations of where the electronic devices were in Mr. Flaherty's home when they were seized (*see* Items 1-9 in the attached receipt)?

Thanks very much,
Anne

**Anne Uyeda** | Attorney
Bienert | Katzman PC
Website | vCard | Profile

---

**From:** Tenley, Scott (USACAC) <Scott.Tenley@usdoj.gov>
**Sent:** Monday, October 21, 2019 1:21 PM
**To:** Anne Uyeda <auyeda@bienertkatzman.com>
**Cc:** Steven J. Katzman <skatzman@bienertkatzman.com>
**Subject:** RE: Availability for call to discuss cases involving Brendan Flaherty

Okay

**Scott D. Tenley | Assistant United States Attorney**
8000 United States Courthouse | 411 West Fourth Street | Santa Ana, California 92701
T: 714.338.2829 | F: 714.338.3561 | scott.tenley@usdoj.gov

---

**From:** Anne Uyeda <auyeda@bienertkatzman.com>
**Sent:** Monday, October 21, 2019 1:19 PM
**To:** Tenley, Scott (USACAC) <stenley@usa.doj.gov>
**Cc:** Steven J. Katzman <skatzman@bienertkatzman.com>
**Subject:** RE: Availability for call to discuss cases involving Brendan Flaherty

Scott – thanks for the prompt response. We can call you tomorrow at 11 a.m.

Best,
Anne

**Anne Uyeda** | Attorney
Bienert | Katzman PC
Website | vCard | Profile

---

**From:** Tenley, Scott (USACAC) <Scott.Tenley@usdoj.gov>
**Sent:** Monday, October 21, 2019 12:59 PM
**To:** Anne Uyeda <auyeda@bienertkatzman.com>

**Cc:** Steven J. Katzman <skatzman@bienertkatzman.com>
**Subject:** RE: Availability for call to discuss cases involving Brendan Flaherty

Hi Anne,

I'm available tomorrow morning between 9:30 and 11:30. If that doesn't work for you and Steve, I'm available Wednesday after 2 pm, and all the day the following Tuesday and Wednesday (29 & 30).

Thanks --

**Scott D. Tenley | Assistant United States Attorney**
8000 United States Courthouse | 411 West Fourth Street | Santa Ana, California 92701
T: 714.338.2829 | F: 714.338.3561 | scott.tenley@usdoj.gov

---

**From:** Anne Uyeda <auyeda@bienertkatzman.com>
**Sent:** Monday, October 21, 2019 12:55 PM
**To:** Tenley, Scott (USACAC) <stenley@usa.doj.gov>
**Cc:** Steven J. Katzman <skatzman@bienertkatzman.com>
**Subject:** Availability for call to discuss cases involving Brendan Flaherty

Scott,

Are you available some time tomorrow for a call with Steve Katzman and me to discuss a few issues in the cases involving Brendan Flaherty?

If tomorrow doesn't work, please let us know your available dates and times this week.

Thanks,
Anne

**Anne Uyeda**
**Attorney** | Orange County
Bienert | Katzman PC
Website | vCard | Profile

Los Angeles | 601 W. 5th Street, Suite 720 | Los Angeles, CA 90071 | (213) 528-3400
Orange County | 903 Calle Amanecer, Suite 350 | San Clemente, CA 92673 | (949) 369-3700




The foregoing message is confidential and intended for the designated recipient only. The foregoing information may be protected by attorney-client and/or work product privileges. Accordingly, if you have received this message in error, please contact BIENERT | KATZMAN PC immediately, and delete the message without reviewing, copying, or making further use of the information contained herein.