NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Steven Jay Katzman, State Bar No. 132755
skatzman@bienertkatzman.com
Anne A. Uyeda, State Bar No. 235206
auyeda@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700

ATTORNEY(S) FOR: Brendan Flaherty

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In the matter of the search warrant executed in case no. 8:19-mj-00437<br><br>v.<br><br>Plaintiff(s),<br><br>Defendant(s) | CASE NUMBER:<br>8:19-cv-02362-JLS-DFM<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Brendan Flaherty _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Brendan Flaherty | Property seized pursuant to search warrant executed on property |

December 10, 2019
Date

s/ Anne A. Uyeda
Signature

Attorney of record for (or name of party appearing in pro per):

Brendan Flaherty

CV-30 (05/13)                          NOTICE OF INTERESTED PARTIES