UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:19-cv-02362-JLS-DFM            Date:  June 02, 2020
Title:  In the Matter of the Search Warrant Executed

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
    Not Present                                         Not Present

**PROCEEDINGS:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT'S PRIOR ORDER (Doc. 35) SHOULD REMAIN UNDER SEAL**

      In an abundance of caution, the Court issued under seal its Order resolving Movant Brendan Flaherty's Motion for the Return of Seized Property.  (Doc. 35.)  However, the Court does not believe there is any information contained in the Order that has not already been publicly filed in either this litigation or in *In Re Westwind Manor Resort Association, Inc.*, No. 19-50025 (DRJ) (S.D. Tex.).  Therefore, the Court sees no reason for the Order to remain under seal.

    Accordingly, the parties are ORDERED to review the document and file, within **five (5)** days, any objection to its unsealing, specifically identifying any information that is not otherwise publicly available.  The Court will thereafter determine whether a sufficient showing has been made to maintain the document under seal.  Failure to timely object will be deemed consent to the immediate unsealing of the Order.

                                                                   Initials of Preparer:  tg